# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 3, 2022

## NO. 03-21-00266-CV

**Wells Fargo Bank, N.A., Appellant**

**v.**

**Express Limousines, Inc. n/k/a Groovy Automotive I, Inc.; and Charles Delmonico, Appellees**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the order granting appellees' motion summary judgment and denying appellant's motion for summary judgment signed by the trial court on May 12, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.